FARMERS & MERCHANTS BANK OF OMAHA, APPELLANT, V. OTTO J. BAUMAN, TREASURER, ET AL., APPELLEES.

FILED APRIL 18, 1930. No. 27049.

*Walter H. Justin,* for appellant.

*Henry J. Beal* and *W. W. Slabaugh,* contra.

Heard before Goss, C. J., Rose, Dean, Good, Thompson, Eberly and Day, JJ.

Per Curiam.

This is an action by the Farmers & Merchants·Bank of Omaha for a refund of real estate taxes paid in 1926, 1927, and 1928. The district court for Douglas county sustained a general demurrer filed by defendant, and plaintiff has appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.